

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00786-CV

Irasema **ELIZONDO**,
Appellant

v.

**FLIP SA, LLC**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 22-358
Honorable Kirsten Cohoon, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: July 9, 2025

DISMISSED

Appellant Irasema Elizondo filed a motion to dismiss stating she no longer desires to appeal the trial court's judgment and requesting the appeal be dismissed. Appellee Flip SA, LLC, has not opposed the motion. See TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and DISMISS the appeal. See TEX. R. APP. P. 42.1(a)(1).

PER CURIAM